IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

AQUILLA JESSIE,

    Plaintiff,

v.

ALEX WOUTS, RANDALL R. HEPP,
MARK SCHOMISCH, BRIAN SCHUELER,
FOX LAKE CORRECTIONAL INSTITUTION and
WISCONSIN DEPARTMENT OF CORRECTIONS,

    Defendants.

ORDER

Case No. 17-cv-840-jdp

Plaintiff Aquilla Jessie, by his attorneys, has submitted a proposed complaint and has paid the $400 filing fee. Because plaintiff is a prisoner, plaintiff is subject to the Prison Litigation Reform Act, which requires the court to screen the complaint to determine whether any portion is frivolous or malicious, fails to state a claim on which relief may be granted or seeks monetary relief from a defendant who is immune from such relief.

Accordingly, IT IS ORDERED that plaintiff Aquilla Jessie's complaint is taken under advisement pursuant to 28 U.S.C. § 1915A. Plaintiff will be notified promptly when such a decision has been made.

Entered this 7th day of November, 2017.

BY THE COURT:

/s/
PETER OPPENEER
Magistrate Judge