**Office of the Clerk**
United States District Court Western District of Wisconsin

120 North Henry Street, Room 320  •  Madison, WI 53703
(608) 264-5156  •  www.wiwd.uscourts.gov

January 11, 2018

Kevin G. Raasch,
Judge Lang & Katers, LLC
8112 W. Bluemound Rd. Ste. 101
Wauwatosa, WI 53213

Re:   17-cv-840-jdp; *Jessie, Aquilla v. Wouts, Alex et al*; and
      17-cv-943-bbc; *Bailey, Jacob v. Wienandt, John et al*

Dear Attorney Raasch:

This will acknowledge your phone call inquiry regarding service in the above-referenced cases. Because the plaintiffs in the above referenced cases are prisoners, service in these cases is stayed because the complaints are presently under advisement to the presiding district judges for screening pursuant to 28 U.S.C. § 1915A to determine whether either case must be dismissed either because the complaint is frivolous or malicious, fails to state a claim on which relief may be granted or seeks monetary relief against a defendant who is immune from such relief.

PETER OPPENEER, Clerk of Court,

By:____/s/_____
      Deputy Clerk

cc:   Counsel of record (via ECF)