IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

AQUILLA JESSIE,

     Plaintiff,

     v.

     Case No. 17-cv-840-jdp

ALEX WOUTS, RANDALL R. HEPP,
MARK SCHOMISCH, BRIAN SCHUELER, FOX
LAKE CORRECTIONAL INSTITUTION AND
WISCONSIN DEPARTMENT OF CORRECTIONS,

     Defendants.

## JUDGMENT IN A CIVIL CASE

IT IS ORDERED AND ADJUDGED that judgment is entered:

(1) in favor of defendants Randall R. Hepp, Mark Schomisch, Brian Schueler, Fox Lake Correctional Institution and Wisconsin Department of Corrections dismissing plaintiff Aquilla Jessie's claims against them without prejudice;

(2) in favor of defendant Alex Wouts dismissing plaintiff Aquilla Jessie's claim against him for violation of Article One, Section Six of the Wisconsin Constitution with prejudice;

(3) in favor of plaintiff Aquilla Jessie awarding compensatory damages of $1.5 million and punitive damages of $3 million against defendant Alex Wouts for violation of the Eighth Amendment of the United States Constitution.

Approved as to form this _31_ day of January, 2019.


_____

James D. Peterson
District Judge


_____          _2/1/19_____
    Peter Oppeneer, Clerk of Court                              Date