IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

AQUILLA JESSIE,

      Plaintiff,
 v.

ALEX WOUTS, RANDALL R. HEPP,
MARK SCHOMISCH, BRIAN SCHUELER,
FOX LAKE CORRECTIONAL INSTITUTION, and
WISCONSIN DEPARTMENT OF CORRECTIONS,

      Defendants.

ORDER

17-cv-840-jdp

---

  Defendant Alex Wouts, a former correctional officer at Fox Lake Correctional Institution (FLCI), sexually assaulted plaintiff Aquilla Jessie while Jessie was incarcerated. After an evidentiary hearing, I granted default judgment in favor of Jessie, and I awarded compensatory damages of $1.5 million and punitive damages of $3 million. Dkt. 28. Judgment was entered accordingly. Dkt. 29.

  Now before the court is a motion by Jessie's counsel for attorney fees and expenses. Dkt. 31. The motion is properly supported. Wouts filed no response.

  Jessie is the prevailing party, and his counsel achieved an excellent result on his behalf. I find no circumstances that would warrant departure from the general rule that the prevailing party in a civil rights lawsuit is entitled to his reasonable attorney fees under 42 U.S.C. § 1988. I have reviewed the supporting documentation and I find that time spent and the billing rates are reasonable, as are the litigation expenses, which are also recoverable under § 1988. *Heiar v. Crawford Cty., Wis.*, 746 F.2d 1190, 1203 (7th Cir. 1984).

ORDER

IT IS ORDERED that:

1. Plaintiff Aquilla Jessie is awarded attorney fees of $19,292.50.

2. Jessie is awarded litigation expenses of $1,101.90.

Entered September 25, 2019.

BY THE COURT:

/s/
_____
JAMES D. PETERSON
District Judge